UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

IN RE:
    PAMELA B. TALLEY                          CASE NO.  14-10395
    TERRILL W. TALLEY

DEBTOR

## CHAPTER 13 PLAN

*Reference to "Debtor" herein shall include both Debtors in a joint case.*

I.    **PLAN PAYMENTS, DURATION AND METHOD.**

    A.    **Plan Payments**.  The Debtor submits all or such portion of Debtor's future earnings or other income as is necessary for the execution of the plan to the control of the Trustee **in the sum of $1,550.00 each month.**

    B.    **Duration.**  The duration of the plan shall be 60 months.

    C.    **Method of Payment.**  Plan payments shall be made to the Trustee by the PAYROLL DEDUCTION FROM:

**Martin Dodge or PFC**

II.    **TREATMENT OF ADMINISTRATIVE EXPENSES.**

    A.    **Attorney's Fee.**  An attorney's fee for Debtor's counsel will paid through the plan in the amount of $3,000.00.  Unless otherwise ordered, the attorney's fee will be paid before creditors receive payments.

    B.    **Trustee's Fee.**  The percentage fee (3.2%) payable to the Trustee shall be paid before or at the time of each payment to creditors and other claimants.

    C.    **Other Administrative Expenses.**  All other expenses entitled to administrative priority under 11 U.S.C. § 507(a)(1) shall be paid before creditors are paid.

III.    **TREATMENT OF SECURED CLAIMS.**

    A.    **Secured Claims To Be Paid Inside the Plan.**

1. Unless otherwise provided in the plan or ordered by the Court, each of the following secured claims, if allowed, shall be paid inside the plan, on a pro rata basis with all other allowed secured claims, to the extent of the proposed secured value or the amount of the claim, whichever is less. Any remaining portion of the claim shall be treated as a general unsecured claim.

| Secured Creditor | Collateral Description | Estimated Amount of Claim | Proposed Secured Value | Proposed Interest Rate* |
|---|---|---|---|---|
| **GreenTree** | **Deed 707, Page 403** | **$46,000.00** | **$5,000.00** | **5.0%** |
| **Seterus** | **Deed 707, Page 403** | **$64,000.00** | **$5,000.00** | **5.0%** |

*If blank, the interest rate shall be the contract rate.

2. The holder of any allowed secured claim provided for by the plan shall retain a lien until the allowed secured portion of the claim is fully paid.

3. If requested by the creditor, payments shall be made to said secured creditor in equal monthly amounts that shall also constitute adequate protection, pursuant to 11 U.S.C. §1326.

4. If requested, secured creditors shall also be entitled to pre-confirmation adequate protection payments.

5. Secured claims shall be paid after administrative claims are paid and before all other priority claims are paid.

6. Unless indicated as "FULLY SECURED", the secured value of any property may increase or decrease based upon the appraisal provided by the Court appoint appraisers.

B. **Mortgages, Leases, and Other Debts To Be Paid Outside the Plan.**

   1. **Payments Outside the Plan by Debtor.** The Debtor shall pay the following claims, except any prepetition arrearage, outside the plan by making payments directly to the creditors. The claims of such creditors shall be paid pursuant to the underlying contracts.

   2. **Payments Outside the Plan by Third Party**. The following claims shall be paid outside the plan by a non-filing third party making payments directly to the creditor. The claims of such creditors shall be paid pursuant to the underlying contracts.

C. **Prepetition Arrearages To Be Paid Inside the Plan.** Unless Section VII of the Plan ("Special Provisions") specifically provides otherwise, any claim filed by a

creditor for prepetition arrearages on a debt to be paid outside the plan shall be treated as a secured claim to be paid inside the plan concurrently with all other allowed secured claims. If no interest rate is specified, interest shall be paid at the contract rate.

D. **All Other Secured Claims.** Any creditor filing a claim as secured that is not otherwise provided for by this plan or Court order shall be treated as a claim secured to the extent of the value of the collateral set forth in the proof of claim, to be paid inside the plan with interest at the contract rate.

E. **Orders Granting Relief From Stay.** If at any time during the life of the plan an order terminating the automatic stay is entered, no further distributions shall be made to the secured creditor obtaining stay relief until such time as such creditor files an amended claim. Any allowed claim for a deficiency shall be treated as a general unsecured claim.

IV. **TREATMENT OF UNSECURED CLAIMS.**

  A. **Estimated Amount of Unsecured Debt: $155,000.00 (including split claims)**

  B. **General Unsecured Claims.**

  1. The claims of creditors holding allowed unsecured claims shall be paid pro-rata over the period of the plan after payment of administrative, secured and priority claims.

  2. General unsecured claims shall be paid **To the extent of FORTY-FIVE (45) cents on the dollar ("fixed percentage plan")\***;

  3. No interest accruing after the date of the filing of the petition shall be paid on the claims of creditors holding unsecured claims.

DATED: April 11, 2014

/s/ Pamela B. Talley          /s/ Terrill W. Talley
DEBTOR                         JOINT DEBTOR


/s/ Darren K. Mexic
ATTORNEY FOR DEBTOR