Case #14-10395  
Debtor: Talley, Pamela B.  
JT Debtor: Talley, Terrill W.  
251 Tommy Willis Road  
Bowling Green, KY, 42101  
Warren County  

Western District of Kentucky  
US BANKRUPTCY COURT  

CHAPTER 13  

Court Date: May 22, 2014  
Non Business - Warren County  

| Description | Fair Market Value | Remarks |
|---|---:|---|
| Zenith 25" TV with entertainment center, G | $75 | |
| Emerson 21" LCD TV with stand, G | $100 | |
| Nintendo Wii game console, G | $100 | |
| Sofa, (2) leather recliner, (2) end table, sofa table, G | $300 | |
| Dining table with (6) chairs, china cabinet, G | $250 | |
| Amana refrigerator, G | $150 | |
| Whirlpool range, G | $125 | |
| Hamilton Beach microwave, G | $25 | |
| Bed (king), bed (twin), dresser with mirror, chest, hope chest, desk with chair, (2) nightstand, G | $500 | |
| Lot: (2) chest, (2) end table, trunk, G | $125 | |
| LG front load washer and dryer, G | $550 | |
| Dixon 4515K zero turn mower, G | $1,000 | |
| Lot: (2) utility trailers, 6x4, G | $150 | |
| Kel-Tec .380 caliber semiautomatic pistol, G | $200 | |

Case #14-10395  
Debtor: Talley, Pamela B.  
JT Debtor: Talley, Terrill W.  
251 Tommy Willis Road  
Bowling Green, KY, 42101  
Warren County  

Western District of Kentucky  
US BANKRUPTCY COURT  

CHAPTER 13  

Court Date: May 22, 2014  
Non Business - Warren County  

| Description | Fair Market Value | Remarks |
|---|---|---|
| 2001 Yamaha V-Star Classic XVS65AN Motorcycle, VIN JYAVM01E31A035336, 2 wheels, 650cc, 4 stroke, 2 cylinder, 5 speed manual transmission, alloy wheels, silver exterior, tires good, overall condition: good | $2,125 | |
| 2004 Polaris Ranger Side by Side ATV, VIN 4XARD50A14D165420, 4 wheels, 499cc, 4 stroke, 1 cylinder, 5 speed manual transmission, four wheel drive, green exterior, tires good, overall condition: good | $3,650 | |
| 2004 Polaris Magnum 330 Motorcycle, VIN 4XACD32A34B392791, 4 wheels, 330cc, 4 stroke, 1 cylinder, automatic transmission, all wheel drive, camoflauge exterior, overall condition: poor | $500 | Debtor states ATV is not operable. |

Case #14-10395  
Debtor: Talley, Pamela B.  
JT Debtor: Talley, Terrill W.  
251 Tommy Willis Road  
Bowling Green, KY, 42101  
Warren County

Western District of Kentucky  
US BANKRUPTCY COURT

CHAPTER 13

Court Date: May 22, 2014  
Non Business - Warren County

| Description | Fair Market Value | Remarks |
|---|---|---|
| 1994 Alumacraft MV1448 , hull ID ACB4423K394, 14', aluminum hull, 1999 Mercury 25ELH outboard single engine, engine ID 06B74609, gasoline, 2 stroke, 2 cylinder, 1994 Moon boat trailer, trailer ID 4GUBJ1617RC000966, 16', single axle, tires good, pads, rollers, winch, overall condition: good | $1,575 | |
| 2006 Chevrolet Silverado 1500 Crew Cab LT, pickup truck, VIN 2GCEK13T261122190, 4 door, 8 cylinder, fuel injected, AC, automatic transmission, 4WD, power steering, power brakes, power windows, power locks, power seats, tilt steering, cruise control, 6 1/2 ft truck bed, AM/FM Stereo, CD, dual air bags, blue exterior, black fabric interior, alloy wheels, tires good, odometer 121,219, overall condition: good | $16,525 | High Mileage. Not on site; value based on information and description provided by debtor. |
| 2010 Chevrolet Impala LT, VIN 2G1WB5EK4A1187091, 4 door, 6 cylinder, fuel injected, AC, automatic transmission, power steering, power brakes, power windows, power locks, power seats, tilt steering, cruise control, AM/FM Stereo, CD, dual air bags, black exterior, gray fabric interior, alloy wheels, tires good, odometer 41,456, overall condition: good | $14,075 | Low Mileage. |
| **Total** | **$42,100** | |